GARY M. RESTAINO
United States Attorney
District of Arizona
BRIAN C. HOPKINS
Assistant U.S. Attorney
State Bar No.: 029636
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: brian.hopkins@usdoj.gov
Attorneys for Plaintiff

FILED NOV 9 2022
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR22-02409-TUC-SHR-LCK |
| --- | --- |
| Plaintiff, | No. 22-02009M (LCK) |
| vs. | **I N F O R M A T I O N** |
| Eduardo Bermudez-Romero, Jr., | Violation: 8 U.S.C. § 1324(a)(1)(A)(ii)<br>8 U.S.C. § 1324(a)(1)(B)(i)<br>(Transportation of Illegal Aliens for Profit) |
| Defendant. | **Felony** |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

On or about August 9, 2022, in the District of Arizona, Eduardo Bermudez-Romero, Jr., knowing and in reckless disregard of the fact that certain aliens, including Edgar Nunez-Jurado, had come to, entered and remained in the United States in violation of law, did transport and move said aliens, within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage or private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

GARY M. RESTAINO
United States Attorney
District of Arizona

*Brian Hopkins*

Digitally signed by BRIAN HOPKINS
Date: 2022.10.07 09:45:18 -07'00'

Date

BRIAN C. HOPKINS
Assistant U.S. Attorney